Looking Beyond Algebra So I'm in New York at an AEM festival for the library service, collaborating with Floribel, Oriana, ants on the двухscope, the Pager study program for relaxing and highwaySLAM education. It's very good to be sitting here to the PAA for the fall And it may be interesting to hear, since the PAA issued its decision, and lists Oriana's case, several important decisions have been made that have spiked the interest of other social group analysis, including NADG, WGR, HER, BOC, this niche, unanimous, part of those cases. The PAA, in its decision, did not find a particular social group to list Oriana's case. In fact, they jumped immediately to the next surgeon, which is why I'm putting the card here, of course. It's argued that Ms. Oriana's social use is cognizant and has been carried out by the PAA based on the prior evidence. Based on the inquiry, it's clear that there was a cognizable particular social group in Ms. Oriana's case. While it carried by the immigration judge, it found a cognizable particular social group before they came to that decision. And in that case, both the immigration judge, that's carried by, and the board, in Ms. Oriana's case, the immigration judge was boarded up by Ms. Oriana's particular social group as cognizant. And, again, underneath those cases of NADG and WGR, as well as HER, BOC, and on the case, we go all the way to having this niche where the cards are tied to the group that you talked about earlier, where there's members that are equal to each other. I think that is even sufficient. Yeah. And HER emerges from the immigration judge to say that the immigration judge, under four years, she was, you know, pursued a whole universe of things that just wouldn't make her a member of the NAD. And, you know, the board, they weren't soothing, they didn't have, you know, practicality. They wanted HER to be on their board of directors instead of on the board of directors. But I'm trying to reiterate that point, that she was not going to make HER a sworn member. So, again, I mean, these cards, it's important to make clear that when the cards do contain the terms sexual assault, and procedural assault, and NAD. We've got to talk about social violence as a matter of human nature. We can't simply ignore the human element of the conflicts that the subject is caught in. I'm just curious. I'm sorry to interrupt you, but what are the states that have been involved in the conflicts that you've been involved in? What are the states that have been involved? Well, the state of South Africa, the Virginia versus Florida, Guatemalan women, they've been a harnessable social group. So, even when they're involved in something that's a big problem, we've got to have common ground, and we've got to have common ground with the United States. We've got to have common ground with the US. Guatemala, you know, we've got to have common ground with the United States. I understand you have a policy position behind people wanting to be real, real players, but I don't think it's going to work out. In the case of your case, I think it's particularly clear that Ms. Oriana was targeted because of her gender, but she's also highly desirable because of her age, and there is a macho element in El Salvador in particular that some Guatemalan women are trying to get. Well, most women, it's rather amorphous, I believe, but I don't think that's a problem. I think anywhere from the age of 12 to 40 would be considered a threat all over the world. Yeah, but I agree with you, but I think it's also really important to note that there's a history of genocide in El Salvador, and many of the victims are young women in those cases, particularly in the case of Ms. Oriana, at the time of her assault, which took almost four years, so there's a history of genocide in El Salvador that's actually quite a big history and there's a lot of information in El Salvador about that history. Yeah, I agree with you on that. Right. In El Salvador, there's been a lot of genocide in El Salvador in the 1830s. There are, it will be recognized by the society in El Salvador in the case of Ms. Oriana and a particular social group is from the perspective of the convoceer. So, I don't know if you want to go on. I'll go on. Okay. Go on. Okay. I don't know if you want to go on. I can think of, I can think of a couple of examples, but I don't think we all agree on that. I'm sorry. That's all right. I can't see that. I've seen misogynists, transgender communities and multiple sexual oppression that have taken over every school. And I believe since then the social group who loves to skirt around able-bodied society, the social group that is defining it is all women and men in our country who act seriously, and can serve in both secular positions and both transgender and cis here. I don't think there is a legal problem for them to become a part of. I think she defines her social group as just young women with explicit limitations. And I thought that the board modified that social group to think that it became solicitation and just changed it to be a board of all young women in the country and then serve on that system. But, in my mind, I guess if you want me to comment on the original sexist argument, it really is a first step of a transition. If we think that the board should not have changed her social group to be all women, and that it should be considered as limiting resistance or for whom to work most effectively in saying the board should not admit and re-characterize your group as a woman, well, in my view, she definitely resisted a case, and so that I would agree that it should be heard. But, again, I'll talk about it in a moment. It's a case that was also called up the line of cases that Carine Quezriba's and NADG and her box, all those cases, similarly situated. So, I think  it's a case that we need to consider whether a social group or an  should be considered as a group or an NADG or an NADG or an NADG or an NADG or an NADG or a             or an NADG or an NADG or NADG or NADG of rights or NADG of rights or NADG or NADG or NABG or NADG or NADG or NADG or  NADG or NADG or NABG     or NADG or NADG or NADG or NADG or      or NADG or NADG or NADG or NADG  NADG  NADG or LEL or NADG or NADG or NADG
judges: Noonan, Gould, Friedland